# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TOMLIN DEQUETTE NANCE
ADC # 115853                                                                PLAINTIFF

v.                          No. 5:17-cv-132-DPM-PSH

DEXTER PAYNE, Assistant Director, ADC;
CASHION, Warden, Varner Unit;
EMSWELLER, Assistant Warden, Varner
Unit; S. TAYLOR, Captain, Varner Unit;
and D. PRYOR, C.O., Varner Unit                                             DEFENDANTS

## ORDER

On *de novo* review, the Court adopts the partial recommendation as supplemented, № 6, and overrules Nance's objections, № 7. FED. R. CIV. P. 72(b)(3). According to Nance's objections, officers other than the defendants have intervened to protect him. No physical harm has occurred and none appears imminent. Motion for emergency injunctive relief, № 3, denied.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

2 June 2017