# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TOMLIN DEQUETTE NANCE
ADC #115853                                                              PLAINTIFF

v.                       No. 5:17-cv-132-DPM-PSH

DEXTER PAYNE, Assistant Director,
ADC; MARK CASHION, Warden, Varner
Unit; ANTWON EMSWELLER, Assistant
Warden, Varner Unit; SCOTT TAYLOR,
Captain, Varner Unit; and DELISA PRYOR,
C.O., Varner Unit                                                        DEFENDANTS

## ORDER

Unopposed partial recommendation, № 60, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Corrected motion for summary judgment, № 30 & № 50, granted. Nance's claims against Payne, Cashion, Emsweller, and Taylor are dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2018