# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TOMLIN DEQUETTE NANCE**                                          **PLAINTIFF**

v.                                      **No: 5:17-cv-132 DPM**

**DELISA PRYOR, C.O., Varner Unit**                               **DEFENDANT**

## ORDER

**1.** The Court withdraws the reference.

**2.** Nance hasn't updated his address; and the time to do so has passed. *№ 79*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Pryor's motions for summary judgment, *№ 72 & № 78*, are denied without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____7 May 2019_____