# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TOMLIN DEQUETTE NANCE
ADC #115853                                                              PLAINTIFF

v.                       No. 5:17-cv-132-DPM-PSH

DEXTER PAYNE, Assistant Director,
ADC; MARK CASHION, Warden, Varner
Unit; ANTWON EMSWELLER, Assistant
Warden, Varner Unit; SCOTT TAYLOR,
Captain, Varner Unit; and DELISA PRYOR,
C.O., Varner Unit                                                        DEFENDANTS

## JUDGMENT

Nance's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 May 2019